UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

SHANNON KONG-QUEE,

      Plaintiff,

v.                                 Case No. 0:23-CV-62272-RS

EXPERIAN INFORMATION
SOLUTIONS, INC, TRANS UNION
LLC, AND PROCOLLECT, INC.

      Defendants.

_____

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO TRANS UNION LLC

COMES NOW Plaintiff, SHANNON KONG-QUEE and Defendant, TRANS UNION LLC (hereinafter "Trans Union") and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff, against the Defendant Trans Union, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 28th day of December, 2023.

| | |
|---|---|
| **/s/Frank H. Kerney, III, Esq.** | **/s/ Charlotte Long** |
| Frank H. Kerney, III, Esq. | Charlotte Long, Esq. |
| Florida Bar No.: 88672 | Florida Bar No. 0112517 |
| Tennessee Bar No.: 035859 | charlotte.long@transunion.com |
| The Consumer Lawyers PLLC | Trans Union, LLC |
| 412 E. Madison St. Ste 916 | 555 W. Adams Street |
| Tampa, Florida 33602 | Chicago, IL 60661 |
| Telephone: 844.855.9000 | Telephone: 469-578-1464 |
| Facsimile: 844.951.3933 | **Counsel for Defendant** |
| Frank@TheConsumerLawyers.com | **Trans Union, LLC** |
| Attorney for Plaintiff | |