UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62272-CIV-SMITH

SHANNON KONG-QUEE,

    Plaintiff,

vs.

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

    Defendants.

_____/

## ORDER OF FINAL DISMISSAL OF DEFENDANT TRANS UNION LLC

This matter is before the Court on the Joint Stipulation of Dismissal without Prejudice as to Trans Union LLC [DE 13]. Upon consideration, it is

**ORDERED** that Defendant Trans Union LLC is **DISMISSED without prejudice.**

DONE and ORDERED in Fort Lauderdale, Florida, this 2nd day of January, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record