**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

SHANNON KONG-QUEE,

  Plaintiff,

                              CASE NO.: 0:23-cv-62272-RS

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and
PROCOLLECT, INC.,

  Defendants.
_____/

### JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, SHANNON KONG-QUEE, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., pursuant to S.F. Fla. L.R. 16.4 hereby notify the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: 5th day of February, 2024.

| | |
|---|---|
| **/s/ Frank H. Kerney, III** | **/s/ Maria H. Ruiz** |
| Frank H. Kerney, III, Esq. | Maria H. Ruiz |
| Florida Bar #: 88672 | Florida Bar No. 182923 |
| Tennessee Bar #: 035859 | KASOWITZ BENSON TORRES LLP |
| The Consumer Lawyers, PLLC | 1441 Brickell Avenue, Suite 1420 |
| 412 E. Madison St, Ste 916 | Miami, FL 33131 |
| Tampa, FL 33602 | Telephone: (786) 587-1044 |
| Telephone: (844) 855-9000 | Facsimile: (305) 675-2601 |
| Facsimile: (844) 951-3933 | MRuiz@kasowitz.com |
| Primary Email: | *Attorney for Defendant* |
| Frank@theconsumerlawyers.com | *Experian Information Solutions, Inc.* |
| Secondary Email: | |
| Lisa@theconsumerlawyers.com | |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 5th day of February, 2024, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                                  **/s/ Frank H. Kerney, III**
                                                  Frank H. Kerney, III, Esq.
                                                  Florida Bar #: 88672
                                                  The Consumer Lawyers, PLLC
                                                  *Attorney for Plaintiff*