# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

SHANNON KONG-QUEE,

      Plaintiff,

-vs-

EXPERIAN INFORMATION SOLUTIONS, INC., and PROCOLLECT, INC.,

      Defendants.

CASE NO. 0:23-cv-62272-RS

## JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, PROCOLLECT, INC.

COMES NOW Plaintiff, SHANNON KONG-QUEE, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, PROCOLLECT, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: 5th day of April 2024.

| | |
|---|---|
| **/s/ Frank H. Kerney, III** <br> Frank H. Kerney, III, Esq. <br> Florida Bar #: 88672 <br> Tennessee Bar #: 035859 <br> The Consumer Lawyers, PLLC <br> 412 E. Madison St, Ste 916 <br> Tampa, FL 33602 <br> Telephone: (844) 855-9000 <br> Facsimile: (844) 951-3933 <br> Primary Email: <br> Frank@theconsumerlawyers.com <br> Secondary Email: <br> Lisa@theconsumerlawyers.com <br> *Attorney for Plaintiff* | By: *   /s/ Ronnie Guillen   * <br>        Ronnie Guillen <br>        Fla Bar No. 842001 <br> WINGET, SPADAFORA, SCHWARTZBERG, LLP <br> 14 NE 1st Avenue, Suite 600 <br> Miami, FL 33132 <br> (305) 830-0600 – Telephone <br> (305) 830-0601 – Telecopy <br> Guillen.R@wssllp.com <br><br> ATTORNEY FOR DEFENDANT <br> PROCOLLECT, INC. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 5th day of April, 2024, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                              **/s/ Frank H. Kerney, III** <br>
                                              Frank H. Kerney, III, Esq. <br>
                                              Florida Bar #: 88672 <br>
                                              The Consumer Lawyers, PLLC <br>
                                              *Attorney for Plaintiff*