**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

SHANNON KONG-QUEE,

  Plaintiff,

v.                                       CASE NO.: 0:23-cv-62272-RS

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION
LLC, and PROCOLLECT, INC.,

  Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PROCOLLECT, INC.

COMES NOW Plaintiff, SHANNON KONG-QUEE and Defendant, PROCOLLECT, INC. and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant PROCOLLECT, INC., in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses. Respectfully submitted this 14th day of June, 2024.

**/s/ Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
Tennessee Bar #: 035859
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: (844) 855-9000
Facsimile: (844) 951-3933
Primary Email:
Frank@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

*/s/Ronnie Guillen*
Ronnie Guillen
Fla Bar No. 842001

WINGET, SPADAFORA, SCHWARTZBERG, LLP
One Southeast Third Avenue, Suite 1950
Miami, FL 33131
(305) 830-0600 – Telephone
(305) 830-0601 – Telecopy
Guillen.R@wssllp.com

ATTORNEY FOR DEFENDANT
PROCOLLECT, INC.

*/s/Charlotte Long*
Charlotte Long, Esq.
Florida Bar No. 0112517
Charlotte.long@transunion.com
Trans Union LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: 469-578-1464
**Counsel for Defendant Trans Union LLC**