## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

SHANNON KONG-QUEE,

  Plaintiff,

v.   CASE NO.: 0:23-cv-62272-RS

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION
LLC, and PROCOLLECT, INC.,

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO PROCOLLECT, INC.

COMES NOW Plaintiff, SHANNON KONG-QUEE, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"). Defendant, Experian, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this June 14, 2024.

/s/ Frank H. Kerney, III
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
Tennessee Bar #: 035859
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: (844) 855-9000
Facsimile: (844) 951-3933
Primary Email:
Frank@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 14th of June, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ Frank H. Kerney, III
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*