**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-62272-CIV-SMITH**

SHANNON KONG-QUEE,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS,
INC., *et al.*,

    Defendants.
_____/

**ORDER OF DISMISSAL**

This cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice as to Procollect, Inc. [DE 24] and Plaintiff's Notice of Voluntary Dismissal with Prejudice as to [Experian Information Solutions, Inc.] [DE 25]. Upon consideration, it is

    **ORDERED** that:

1. This case is **DISMISSED with prejudice.**

2. All pending motions are **DENIED as moot.**

3. The case is **CLOSED.**

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of June, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record